# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNIVERSAL ELECTRONICS INC., a Delaware Company, | Case No. 8:18-cv-01580-JVS-ADS |
|---|---|
| Plaintiff, | Honorable James V. Selna |
| v. | ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS |
| ROKU, INC., a Delaware Company, | |
| Defendant. | |

Upon consideration of the parties' Stipulation Setting Briefing Schedule with Respect to a Motion to Dismiss UEI's Amended Complaint, the Stipulation is GRANTED. The Court sets the following briefing schedule: Roku's Motion and Supporting Brief pursuant to Fed. R. Civ. P. 12 is due December 24, 2018. UEI's Brief in Opposition is due January 21, 2019. Roku's Reply is due February 11, 2019. A hearing will take place on February 25, 2019.

Additionally, the page limitation for Roku's Brief in Support of its Motion to Dismiss and UEI's Brief in Opposition **shall be limited to the usual 25 pages**.

Date: December 20, 2018

_____
The Honorable Judge James V. Selna