Jonathan D. Baker (SBN 196062)
jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA  94086
Telephone: (408) 701-6200
Facsimile:  (844) 670-6009

Steven R. Daniels (SBN 235398)
sdaniels@dickinsonwright.com
Michael D. Saunders (SBN 259692)
msaunders@dickinsonwright.com
DICKINSON WRIGHT PLLC
303 Colorado St., Ste. 2050
Austin, Texas  78701
Telephone:  (512) 770-4200
Facsimile:  (844) 670-6009

*Attorneys for Defendant Roku, Inc.*
Additional counsel on signature page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., a Delaware Company,<br><br>Plaintiff,<br>v.<br><br>ROKU, INC., a Delaware Company,<br><br>Defendant. | Case No. 8:18-cv-01580-JVS-ADS<br><br>**ROKU, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO LIMIT NUMBER OF ASSERTED CLAIMS**<br><br>Judge:   Hon. James V. Selna<br>Date:    TBD<br>Time:    TBD<br>Courtroom:  10C |



ROKU'S INC.'S EX PARTE APPLICATION FOR ORDER
SHORTENING TIME ON MOTION TO LIMIT
NUMBER OF ASSERTED CLAIMS                                CASE NO. 8:18-CV-01580-JVS-ADS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-19, Defendant Roku, Inc. ("Roku") hereby applies to the Court *ex parte* for expedited consideration of Roku's accompanying motion to limit the number of asserted claims.

Concurrently with this application, Roku has filed its Notice of Motion and Motion to Limit Number of Asserted Claims (the "Motion"). In that Motion, Roku requests that the Court limit the number of asserted claims to no more than twenty claims. Courts routinely limit the number of asserted patent claims "for the sake of judicial economy and management of a court's docket," *see Medtronic Minimed Inc. v. Animas Corp.*, 2013 WL 3322248, at *1 (C.D. Cal. Apr. 5, 2013) and to reduce the burden on a defendant of spending time and money addressing claims that a plaintiff likely will voluntarily dispose of later in the litigation, *see, Network Protection Scis., LLC v. Fortinet, Inc.*, 2013 WL 1949051, at *2 (N.D. Cal. May 9, 2013). In service of these goals, courts generally require a reduction in the number of asserted claims before the claim construction process commences. *See Masimo Corp. v. Philips Elecs. N. Am. Corp.*, 918 F. Supp. 2d 277, 284 (D. Del. 2013) ("[E]arly claim reduction is warranted before claim construction briefing and summary judgment motions are filed").

Pursuant to the Scheduling Order, the parties are scheduled to exchange their proposed claim constructions on March 21, 2019. Dkt. Nos. 24 & 34. In order for the parties to obtain the benefit of the reduction in the number of asserted claims when preparing their proposed claim constructions, the motion to limit the number of asserted claims should be heard prior to March 21, 2019. Roku had planned to notice this Motion for a normal briefing schedule. However, counsel for UEI advised Roku that UEI's counsel was unavailable for several hearing dates in March and expected to seek a continuance of any hearing on this Motion until April 1, 2019.

1

Roku's Inc.'s Ex Parte Application for Order
Shortening Time on Motion to Limit
Number of Asserted Claims

Case No. 8:18-CV-01580-JVS-ADS

Baker Declaration, ¶ 4. Delaying a hearing on this motion until April 1, 2019 would defeat much of the benefit of the reduction in the number of asserted claims because the parties would be required to prepare and exchange proposed constructions for claim terms in all 106 of the currently asserted claims. The parties are currently scheduled to appear before this Court for the hearing on Roku's motion to dismiss (Dkt. No. 32) on February 25, 2019. Accordingly, Roku requests that the briefing schedule and hearing on Roku's motion to limit the number of asserted claims be expedited to allow the Court to hear both motions on February 25, 2019.

In particular, to allow resolution of the Motion and enable UEI to select its claims prior to the claim construction process (and thereby avoid having the parties waste their efforts dealing with claims that will be limited), Roku proposes the following expedited briefing schedule and hearing date:

| | |
|---|---|
| Response to the Motion: | February 13, 2019 |
| Reply in Support of the Motion: | February 18, 2019 |
| Hearing Date: | February 25, 2019 |

Roku gave notice of this application to Ryan Koppelman, counsel for UEI, during a telephone conference on February 4, 2019. Notice will also be provided to counsel for UEI via the ECF filing of this application. UEI indicated that it would oppose this application.

2

Roku's Inc.'s Ex Parte Application for Order
Shortening Time on Motion to Limit
Number of Asserted Claims

Case No. 8:18-CV-01580-JVS-ADS

The name, address, and telephone number of counsel for UEI are:

Ryan W. Koppelman (SBN 290704)
Timothy R. Watson (SBN 293774)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
ryan.koppelman@alston.com
tim.watson@alston.com

Michael J. Newton (SBN 156225)
ALSTON & BIRD LLP
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
michael.newton@alston.com

Evan W. Woolley (SBN 286385)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
evan.woolley@alston.com

This application is supported by the Declaration of Jonathan Baker ("Baker Declaration") submitted herewith, as well as all opposition and reply papers thereto; the files, records, and pleadings in this action; and any arguments presented at the time of any hearing on this application.

Respectfully submitted,

Dated: February 6, 2019

By: /s/ *Jonathan D. Baker*
Jonathan D. Baker (SBN 196062)
**DICKINSON WRIGHT RLLP**
800 W. California Avenue, Ste. 110
Sunnyvale, CA 94086
Telephone: (408) 701-6200
Facsimile: (844) 670-6009
jdbaker@dickinsonwright.com

Steven R. Daniels (SBN 235398)
Michael D. Saunders (SBN 259692)
**DICKINSON WRIGHT PLLC**
303 Colorado St., Ste. 2050
Austin, Texas 78701

Telephone: (512) 770-4200
Facsimile: (844) 670-6009
sdaniels@dickinsonwright.com
msaunders@dickinsonwright.com

Steven A. Caloiaro (SBN 284410)
**DICKINSON WRIGHT PLLC**
100 West Liberty Street, Ste. 940
Reno, NV 89501
Telephone: (775) 343-7500
Facsimile: (844) 670-6009
scaloiaro@dickinsonwright.com

*Attorneys for Defendant*
*Roku, Inc.*

4

Roku's Inc.'s Ex Parte Application for Order
Shortening Time on Motion to Limit
Number of Asserted Claims

Case No. 8:18-CV-01580-JVS-ADS