UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:18–cv–01580–JVS–ADS     Date     2/27/2019

Title    UNIVERSAL ELECTRONICS INC. V. ROKU, INC.

Present:      The Honorable   Autumn D. Spaeth  , U. S. Magistrate Judge

| Kristee Hopkins | CS 2/27/2019 |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Timothy R. Watson | Jonathan D. Baker |

**Proceedings:     MOTION FOR PROTECTIVE ORDER [40]**

Case is called for hearing and counsel make their appearances. Motion is argued and taken under submission. Counsel shall prepare and submit new version of the protective order for the Court's review.

 :54

Initials of Preparer:  kh