# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., a Delaware Company,<br><br>    Plaintiff,<br>v.<br>ROKU, INC., a Delaware Company,<br><br>    Defendant. | Case No. 8:18-cv-01580-JVS-ADS<br>Honorable Autumn D. Spaeth<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY PROTECTIVE ORDER** |

Upon consideration of the parties' Joint Stipulation to Modify Protective Order, the Stipulation is GRANTED.

The Protective Order in this case (D.I. 62) is modified as follows:

The Protective Order does not prohibit UEI's litigation counsel at Alston & Bird LLP from advising UEI with regard to Roku's petitions for *inter partes* review of the patents asserted in this case, provided that UEI does not seek to amend or add claims to the patents asserted in this case in the course of the *inter partes* review proceedings.

The text at page 18, lines 2-10 of the Protective Order is hereby replaced with the following text:

Absent written consent from the Producing Party, any individual who reviews "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" technical information shall not be involved in the prosecution of patents or patent applications relating to (a) remote control, (b) graphical user interface (other than for (i) music creation or music analysis applications, (ii) GPS or other positioning applications, or (iii) augmented or virtual reality applications which utilize novel 3-D interface constructs), (c) media streaming, and (d) debugging technology, including without limitation the patents asserted in this action and any patent or application claiming priority to or otherwise related to the patents asserted in this action, before any foreign or domestic agency, including the United States Patent and Trademark Office ("the Patent Office").

IT IS SO ORDERED

DATED: November 5, 2019

/s/ Autumn D. Spaeth
The Honorable Autumn D. Spaeth

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Alston & Bird LLP, 333 South Hope Street, 16th Floor, Los Angeles, California 90071. On November 4, 2019, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY PROTECTIVE ORDER** by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| **Jonathan D Baker**<br>jdbaker@dickinsonwright.com<br>Dickinson Wright PLLC<br>800 West California Avenue Suite 110<br>Sunnyvale, CA 94086<br>Telephone: 408-701-6200 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☐ Via E-mail<br>✓ Via Electronic Filing |
| **Michael D Saunders**<br>msaunders@dickinsonwright.com<br>**Steven Robert Daniels**<br>sdaniels@dickinsonwright.com<br>Dickinson Wright PLLC<br>303 Colorado Street Suite 2050<br>Austin, TX 78701<br>Telephone: 512-770-4200 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☐ Via E-mail<br>✓ Via Electronic Filing |
| **Steven A Caloiaro**<br>scaloiaro@dickinsonwright.com<br>Dickinson Wright PLLC<br>100 West Liberty Street Suite 940<br>Reno, NV 89501<br>Telephone: 775-343-7500 | ☐ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☐ Via E-mail<br>✓ Via Electronic Filing |

I am readily familiar with our firm's processing of correspondence via electronic mail and U.S. Mail. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this Court at whose direction the service was made; and that this declaration was executed on November 4, 2019, at Los Angeles, California.

/s/ Evan W. Woolley
Evan W. Woolley
Alston & Bird LLP