Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
ryan.koppelman@alston.com

Thomas W. Davison (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
tom.davison@alston.com

Jonathan D. Baker (SBN 196062)
Craig Y. Allison (SBN 161175)
**DICKINSON WRIGHT PLLC**
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6200
Facsimile: (844) 670-6009
jdbaker@dickinsonwright.com
callison@dickinsonwright.com

Steven R. Daniels (SBN 235398)
Michael D. Saunders (SBN 259692)
**DICKINSON WRIGHT PLLC**
607 W. 3rd Street, Suite 2500
Austin, TX 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009
sdaniels@dickinsonwright.com
msaunders@dickinsonwright.com

*Attorneys for Plaintiff*
*Universal Electronics Inc.*
*Additional counsel on last page*

*Attorneys for Defendant Roku, Inc.*
*Additional counsel on last page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., a Delaware Company,<br><br>Plaintiff,<br>v.<br><br>ROKU, INC., a Delaware Company,<br><br>Defendant. | **Case No. 8:18-cv-01580-JVS-ADS**<br><br>**Hon. James V. Selna**<br><br>**ELEVENTH JOINT STATUS REPORT** |

The parties file this eleventh joint status report pursuant to the Court's November 4, 2019 order staying this case. Dkt. No. 143 at 6 ("The parties shall file status reports every 90 days."). The Court stayed this case pending the outcome of nine petitions for *inter partes review* filed by Defendant Roku, Inc. in the U.S. Patent and Trademark Office ("the IPRs"), which respectively challenge the validity of each of the nine patents asserted by Plaintiff Universal Electronics, Inc. in this case. *Id*. at 2.

**Plaintiff's Statement:**

As of the date of this report, the Patent Trials and Appeal Board ("PTAB") has denied institution of seven IPRs and granted institution of six IPRs. Final written decisions have issued in all six IPRs, five of which UEI has appealed to the Federal Circuit. A list of each IPR and its status is set forth in the following chart:

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
| Janik | 7,821,504 | IPR2019-01621 | IPR Instituted May 15, 2020. Patent Owner's response to petition filed July 31, 2020. Petitioner's reply to Patent Owner's response filed October 15, 2020. Trial held February 4, 2021. The IPR Final Decision issued on May 12, 2021, finding claims 1 and 5 unpatentable. Claims 2-4, 7, 14-16, 18, 20, 21 and 27-29 were not addressed by the IPR. UEI filed a Notice of Appeal to the Federal Circuit on July 9, 2021. UEI's Reply brief is due May 6, 2022. The Federal Circuit's decision is expected to issue in Fall 2022. |
| Janik | 7,821,505 | IPR2019-01620 | IPR Instituted May 15, 2020. Patent Owner's response to petition filed July 31, 2020. Petitioner's reply to Patent Owner's response filed October 15, 2020. The IPR Final Decision issued on May 12, 2021, |

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
|  |  |  | finding claims 5-7, 9, 10, 12, 49 and 51 unpatentable. Claims 2, 4, 8, 9, 13, 14, 16, 17, 19, 21, 38-42, 45-47, 52, 58, 69-76, 78, 79, 81, 83 and 84 were not addressed by the IPR. UEI filed a Notice of Appeal to the Federal Circuit on July 9, 2021. UEI's Reply brief is due May 6, 2022. The Federal Circuit's decision is expected to issue in Fall 2022. |
| Mui | 7,589,642 | IPR2019-01612 | IPR Instituted April 1, 2020. Patent Owner's response to petition filed July 2, 2020. Petitioner's reply to Patent Owner's response filed October 2, 2020. Trial held December 22, 2020. The IPR Final Decision issued on March 29, 2021, finding claims 1-4, 6, 8-9 and 22-25 unpatentable. Claims 5, 7, and 10-21 were not addressed by the IPR. UEI filed a Notice of Appeal to the Federal Circuit on May 28, 2021. The Parties' briefing is complete and the Federal Circuit's decision is expected to issue in Fall 2022. |

2

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
| Mui | 8,004,389 | IPR2019-01613 | IPR Instituted April 1, 2020. Patent Owner's response to petition filed July 2, 2020. Petitioner's reply to Patent Owner's response filed October 2, 2020. Trial held December 22, 2020. The IPR Final Decision issued on March 29, 2021, finding claims 2-5 and 7-15 unpatentable. Claims 1, 6, and 16 were not addressed by the IPR. UEI filed a Notice of Appeal to the Federal Circuit on May 28, 2021. The Parties' briefing is complete and the Federal Circuit's decision is expected to issue in Fall 2022. |
| Mui | 9,911,325 | IPR2019-01614 | IPR Instituted April 16, 2020. Patent Owner's response to petition filed July 2, 2020. Petitioner's reply to Patent Owner's response filed October 2, 2020. Trial held December 22, 2020. The IPR Final Decision issued on April 13, 2021, finding claims 1-5 unpatentable and claim 7 not unpatentable. Claims 6 and 8-16 were not addressed by the IPR. UEI filed a Notice of Appeal to the Federal Circuit on May 28, 2021. The Parties' briefing is complete and the Federal Circuit's decision is expected to issue in Fall 2022. |
| Arling | 9,716,853 | IPR2019-01615 | IPR Instituted April 17, 2020. Patent Owner's response to petition filed July 13, 2020. Petitioner's reply to Patent Owner's response filed October 21, 2020. Trial held January 25, 2021. The IPR Final Decision issued on March 29, 2021, finding all challenged claims not unpatentable. Roku filed a request for rehearing on |

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
|  |  |  | May 13, 2021.  Roku's request for rehearing was denied on August 17, 2021. Roku filed a Notice of Appeal on October 14, 2021.  Roku's Reply Brief is due May 18, 2022.  The Federal Circuit's decision is expected to issue in Fall 2022. |
| Mui | 9,911,325 | IPR2020-00951 | Institution Denied |
| Mui | 9,911,325 | IPR2020-00953 | Institution Denied |
| Mui | 7,589,642 | IPR2020-01012 | Institution Denied |
| Arling | 9,716,853 | IPR2020-00952 | Institution Denied |
| Scott | 8,015,446 | IPR2019-01595 | Institution Denied |
| Scott | 7,895,532 | IPR2019-01608 | Institution Denied |
| Janik | 7,782,309 | IPR2019-01619 | Institution Denied |

On April 16, 2020, UEI filed a complaint at the International Trade Commission entitled *Certain Electronic Devices. Including Streaming Players, Televisions, Set Top Boxes, Remote Controller, and Components Thereof, DN3450* against various respondents, including Roku, Inc., the Defendant in this case.  The ITC complaint alleges infringement of three patents asserted in this case and three new patents, including newly issued family members.  The ITC instituted Investigation No. 337-TA-1200 on May 18, 2020.  On January 19, 2021, the ALJ concluded that Roku infringed claim 19 of the 642 patent. A hearing was held April 19-23, 2021.  On July 9, 2021, the ALJ issued an initial determination finding Roku in violation of Section 337.  The Commission issued a final determination on November 10, 2021, affirming the ID's finding that Roku is in violation of Section 337.  The Commission issued a limited exclusion order and cease and desist order against Roku, which went into effect following the expiration of the Presidential Review Period on January 9, 2022. On January 24, 2022, Roku filed an appeal with the Federal Circuit, seeking review of

certain of the Commission's findings. Roku filed its Opening Brief on June 15, 2022. UEI's Responsive Brief is currently due September 23, 2022.

**Defendant's Statement:**

As of the date of this report, six of the nine IPRs for which this case was originally stayed have resulted in final written decisions from the Patent Trial and Appeal Board ("PTAB"). Each of those final written decisions is presently under review. Three of the other nine IPRs were denied institution. A list of each of the original nine IPRs and their status is set forth in the following chart:

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
| Mui | 7,589,642 | IPR2019-01612 | IPR Instituted April 1, 2020. Final Written Decision issued on March 29, 2021. Patent Trial and Appeal Board determined that all challenged claims 1-4; 6; 8; 9; and 22-25 were found to be unpatentable. Patent Owner filed Notice of Appeal to the Federal Circuit on May 28, 2021. |
| Mui | 8,004,389 | IPR2019-01613 | IPR Instituted April 1, 2020. Final Written Decision issued on March 29, 2021. Patent Trial and Appeal Board determined that all challenged claims 2-5 and 7-15 were found to be unpatentable. Patent Owner filed Notice of Appeal to the Federal Circuit on May 28, 2021. |
| Mui | 9,911,325 | IPR2019-01614 | IPR Instituted April 16, 2020. Final Written Decision issued on April 13, 2021. Patent Trial and Appeal Board determined that challenged claims 1-5 were found to be unpatentable, and claim 7 was not determined to be unpatentable. Patent Owner filed Notice of Appeal to the Federal Circuit on May 28, 2021. |

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
| Arling | 9,716,853 | IPR2019-01615 | IPR Instituted April 17, 2020. Final Written Decision issued on April 13, 2021. Patent Trial and Appeal Board determined that no challenged claims were found to be unpatentable. Petitioner filed Request for Rehearing on May 13, 2021, which was denied on August 17, 2021. Petitioner filed Notice of Appeal to the Federal Circuit on October 14, 2021. |
| Scott | 8,015,446 | IPR2019-01595 | Denied on March 16, 2020.<br><br>Request for rehearing filed on May 15, 2020, and denied on May 13, 2021. |
| Scott | 7,895,532 | IPR2019-01608 | Denied on March 16, 2020.<br><br>Request for rehearing filed on May 15, 2020, and denied on March 15, 2021. |
| Janik | 7,782,309 | IPR2019-01619 | Denied on April 2, 2020.<br><br>Request for rehearing filed on May 4, 2020, and denied on May 25, 2021. |
| Janik | 7,821,504 | IPR2019-01621 | IPR Instituted May 13, 2020<br><br>Final Decision issued May 12, 2021 cancelling all challenged claims as unpatentable. Notice of Appeal to the Federal Circuit filed by UEI July 9, 2021. |

| Inventor | Patent No. | IPR No. | Status |
|---|---|---|---|
| Janik | 7,821,505 | IPR2019-01620 | IPR Instituted May 13, 2020<br><br>Final Decision issued May 12, 2021 cancelling all challenged claims as unpatentable. Notice of Appeal to the Federal Circuit filed by UEI July 9, 2021. |

Additionally, this case also remains stayed pending U.S. International Trade Commission Investigation No. 337-TA-1200, which remains pending.  Dkt. No. 150. On July 9, 2021, the ALJ in that Investigation issued an initial determination ("ID"), finding invalid the remaining claim of the '642 Patent asserted in that Investigation.  On September 9, 2021, the Commission issued a Notice of a Commission Determination to Review the Final Initial Determination In Part.  In the Commission's notice, the Commission determined it would not review the ID's finding of invalidity with respect to the '642 Patent, thereby leaving the ALJ's finding of invalidity of that patent in place. The Commission issued a final determination on November 10, 2021 finding a violation of Section 337, which is currently being appealed to the U.S. Court of Appeals for the Federal Circuit.

In May of 2020, Roku filed joinder IPRs in Case Nos. IPR2020-00951, IPR2020-00953, IPR2020-00953, and IPR2020-01012, which sought to challenge additional claims of the '642, '325 and '853 Patents that UEI has asserted in the ITC Investigation. On November 10, 2020, the PTAB denied institution of those four joinder IPRs on procedural grounds.

DATED: August 1, 2022

                                    Respectfully submitted,

                                    */s/ Ryan W. Koppelman*
                                    Ryan W. Koppelman (SBN 290704)
                                    **ALSTON & BIRD LLP**

7

333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
ryan.koppelman@alston.com

Thomas W. Davison (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
950 F. Street, NW
Washington D.C. 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
tom.davison@alston.com

Michael J. Newton (SBN 156225)
**ALSTON & BIRD LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
mike.newton@alston.com

*Attorneys for Plaintiff*
*Universal Electronics, Inc.*

1 | */s/ Jonathan D. Baker*
Jonathan D. Baker (SBN 196062)
2 | Craig Y. Allison (SBN 161175)
**DICKINSON WRIGHT RLLP**
3 | 800 W. California Avenue, Suite 110
Sunnyvale, California 94086
4 | Telephone: (408) 701-6200
Facsimile: (844) 670-6009
5 | jdbaker@dickinsonwright.com
6 | callison@dickinsonwright.com

7 | Steven R. Daniels
Michael D. Saunders
8 | **DICKINSON WRIGHT PLLC**
607 W. 3rd Street, Suite 2500
9 | Austin, TX 78701
10 | Telephone: (512) 770-4200
Facsimile: (844) 670-6009
11 | sdaniels@dickinsonwright.com
msaunders@dickinsonwright.com
12

13 | Steven A. Caloiaro (SBN 284410)
**DICKINSON WRIGHT PLLC**
14 | 100 West Liberty Street, Suite 940
Reno, Nevada 89501
15 | Telephone: (775) 343-7500
Facsimile: (844) 670-6009
16

17 | *Attorneys for Defendant Roku, Inc.*

9

ELEVENTH JOINT STATUS REPORT                    CASE No. 8:18-cv-01580-JVS(ADS)

# ATTESTATION

I, Ryan W. Koppelman, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-4.3.4.

Dated: August 1, 2022

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (SBN 290704)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
ryan.koppelman@alston.com

*Attorneys for Plaintiff*
*Universal Electronics, Inc.*