**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

UNIVERSAL ELECTRONICS INC., a Delaware Company,

Plaintiff,

v.

ROKU, INC., a Delaware Company,

Defendant.

Case No. 8:18-cv-01580-JVS-ADS consolidated with Case No. 8:20-cv-00701-JVS-ADS

**ORDER MODIFYING SCHEDULING ORDER [265]**

This matter came before the Court on the Parties' Joint Stipulation to Modify the Case Schedule and Related Matters.

**A. Modifications to Case Schedule**

Having considered the Stipulation to modify the case schedule and finding good cause therefor, the Court **GRANTS** the requested adjustments to the schedule and ORDERS as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Jury Trial | March 16, 2027 at 8:30 am | May 25, 2027 at 8:30 a.m. |
| Final Pretrial Conference | March 1, 2027 at 11:00 am | May 10, 2027 at 11:00 a.m. |
| File Pretrial Documents | February 22, 2027 | May 3, 2027 [Or 3 weeks before new trial date selected by Court] |
| Motions in Limine | February 1, 2027 | April 12, 2027 |
| Law and Motion Cut-off | January 25, 2027 | March 22, 2027 |
| Last Day to Conduct Mediation | January 8, 2027 | March 12, 2027 |
| Reply Briefs to Dispositive Motions | January 8, 2027 | February 26, 2027 |
| Opposition Briefs to Dispositive Motions | December 11, 2026 | February 5, 2027 |
| Opening Briefs for Dispositive Motions | November 6, 2026 | January 8, 2027 |
| Expert Discovery Cut-off | October 9, 2026 | December 4, 2026 |
| Rebuttal Disclosure of Experts | September 18, 2026 | November 6, 2026 |
| Initial Disclosure of Experts | August 21, 2026 | October 9, 2026 |
| Discovery Cut-off | July 31, 2026 | September 11, 2026 |

**B. Case Narrowing**

The Court **GRANTS** the parties' Stipulation regarding the following case narrowing schedule, which varies in part depending on whether the Court grants UEI's pending motion for reconsideration (Dkt. 238) concerning U.S. Patent No. 10,600,317 ("the '317 patent"), and **ORDERS** the following case narrowing procedure:

**UEI claim selection.**

*Initial narrowing*. September 11, 2026. 15 claims if the '317 patent is part of the case, 12 claims if the '317 patent is not part of the case.

*Further narrowing.* December 11, 2026 (one week after close of expert discovery). 10 claims if the '317 patent is part of the case, 8 claims if the '317 patent is not part of the case.

*Final selection.* Within seven days of the Court's ruling on the last pending motion for summary judgment: 7 claims if the '317 patent is part of the case, 6 claims if the '317 patent is not part of the case.

**Roku prior art selection.**

*Initial narrowing*. Roku selects 7 prior art grounds per selected claim by October 9, 2026.

*Further narrowing*. Roku selects 5 prior art grounds (from among the 7 previously selected) per selected claim by December 18, 2026 (one week after UEI's further narrowing).

*Final selection.* Roku selects 3 prior art grounds (from among the 5 previously selected) per selected claim by seven days after UEI's final selection.

For clarity, Roku's prior art selection at each stage will not include any "and/or" or "or" statements, but can include combinations using "and."

**C. Withdrawal of Opposition to Roku's Motion to Amend**

The Court hereby **ORDERS** UEI to file a notice of withdrawal of its opposition (Dkt. 260) to Roku's pending motion to amend its invalidity contentions (Dkt. 259) within

one business day after the filing of the Stipulation.

**D. Amendment to UEI's Infringement Contentions**

The Court **GRANTS** the parties' Stipulation regarding amendment of UEI's infringement contentions. Within 10 days of the filing of the parties' Stipulation, UEI will do the following:

i. With respect to the '196 patent, UEI will confirm whether it is accusing Roku sticks of infringement.

ii. With respect to the '446 patent, UEI will confirm that it is not accusing Roku TVs of infringement, or provide to Roku an explanation of the reasons why it is accusing Roku TVs of infringement.

iii. With respect to the '853 patent, UEI will provide a supplement to its infringement contentions to address the issues identified by Roku in its June 2, 2026, letter regarding the '853 patent, including providing separate claim charts for each combination of product category (Roku player and Roku TV) and setup flow (CEC First, IR First, and User Choice) that UEI accuses of infringement. Within 20 days thereafter, UEI will file a motion for leave to amend its infringement contentions to incorporate its proposed supplement. Roku will not oppose UEI's motion for leave to amend provided that the proposed supplement does not go beyond fixing the issues identified in Roku's June 2, 2026, letter.

Within 20 days of the filing of the Stipulation, UEI will provide a supplement to its infringement contentions to address all the issues identified by Roku in its June 2, 2026, letter (other than those already addressed above). Within 10 days thereafter, UEI will file a motion for leave to amend its infringement contentions to incorporate its proposed supplement. Roku will not oppose UEI's motion for leave to amend provided that the proposed supplement does not go beyond fixing the issues identified in Roku's June 2, 2026, letter.

**E. Amendment to UEI's Response to Roku's Interrogatory No. 14**

Within 20 days of the filing of the Stipulation, UEI will supplement its response to Roku's Interrogatory No. 14. In its supplemental response, UEI will address anticipation, obviousness, written description, etc. UEI will maintain its objections to Roku's obviousness combinations while responding to the best of its ability.

**IT IS SO ORDERED**.

DATED: July 17, 2026

James V Selna

The Honorable James V. Selna
U.S. District Judge